■ ZELUE SLADE, Respondent, v REGINA BRANCATO et al., Appellants. [720 NYS2d 381] —In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Kings County (Clemente, J.), dated March 3, 2000, which denied their motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is reversed, on the law, with costs, the motion is granted, and the complaint is dismissed.

The defendants met their initial burden of establishing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d), and thus, it was incumbent upon the plaintiff to come forward with admissible evidence to raise an issue of fact (*see, Gaddy v Eyler,* 79 NY2d 955, 956-957). The plaintiff failed to do so (*see, Grossman v Wright,* 268 AD2d 79; *Guzman v Michael Mgt.,* 266 AD2d 508; *Noble v Ackerman,* 252 AD2d 392, 394). Accordingly, the Supreme Court should have granted the defendants' motion for summary judgment dismissing the complaint. Santucci, J. P., Altman, Luciano and H. Miller, JJ., concur.